333 A.2d 846

COMMONWEALTH of Pennsylvania

v.

Thomas FOSTER, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 8, 1974.

Decided March 18, 1975.

Donald M. Moser, Lorch, Ryan, Peruto & Vitullo, Philadelphia, for appellant.

Arlen Specter, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

AND, NOW, this 18 day of March, 1975, the order dated September 24, 1973, which granted the petition for al-

lowance of appeal in *Commonwealth of Pennsylvania v. Thomas Foster,* Allocatur Docket No. 681, Pa. 3390, is hereby vacated as having been improvidently granted.